## UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| *In Re* Section 301 Cases, | : | |
| Plaintiff, | : | |
| v. | : | |
| UNITED STATES et al, | : | Court No. 20-01018 |
| Defendants. | : | |

### NOTICE OF WITHDRAWAL OF ATTORNEY

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, Lindsay B. Meyer has retired from Venable LLP and should be removed as attorney of record in the above referenced case.

Venable LLP remains as counsel to plaintiff in this case and Wesley S. Sudduth, the undersigned, is the lead attorney. Mr. Sudduth has already entered an appearance in this case but now respectfully requests to be designated as lead counsel.

Dated: January 18, 2024                    /s/   Wesley S. Sudduth

VENABLE LLP
600 Massachusetts Avenue, NW
Washington, D.C. 20001
202-344-4636
WSSudduth@Venable.com